AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

GARAUFIS, NICHOLAS G | 2. Court or Organization

EASTERN DISTRICT OF NEW YORK | 3. Date of Report

07/31/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)

☐ Nomination,    Date
☐ Initial    ☒ Annual    ☐ Final

5b. ☐ Amended Report | 6. Reporting Period
01/01/2005
to
12/31/2005 |
| 7. Chambers or Office Address

US DISTRICT COURT EDNY
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Spectator Publishing Company, Inc. |
| 2. Member, Executive Committee | United States Tennis Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02/09/97 | ABC, INC. PENSION PLAN MONTHLY SURVIVOR BENEFIT. |
| 2. | |
| 3. | |

RECEIVED 2006 AUG -9 A 10: 39 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 07/31/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | ABC Inc. Retirement Plan | $ $13,053 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-employed - Consultant |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. U.S. Tennis Association | Received $1,200 expense reimbursement to attend two USTA meetings in LaQuinta, CA and Lansdowne, VA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 07/31/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Oppenheimer NY Municipal A | A | Interest | K | T | | | | | |
| 2. Oppenheimer Quest Opportunity Value Fund A | A | Dividend | L | T | | | | | |
| 3. Oppenheimer Equity Fund Cl. A | A | Dividend | L | T | Partial Sale | 08/02 | J | A | |
| 4. Pershing Govt. Acct | A | Dividend | L | T | | | | | |
| 5. Walt Disney Company Common Stock | A | Dividend | J | T | | | | | |
| 6. Fidelity Advisor Inflation-Protected Bd Fd Cl A | A | Dividend | K | T | | | | | |
| 7. Alliance Real Estate Investment Fund Class A | A | Dividend | K | T | | | | | |
| 8. Oppenheimer Quest Small Cap Value Fund | A | Dividend | K | T | Partial Sale | 02/15 | J | A | |
| 9. Alliance Global Technology A Fund | A | Dividend | J | T | | | | | |
| 10. Alliance Growth & Income Fund Class B | A | Dividend | L | T | | | | | |
| 11. Alliance Bernstein Cap Resv | A | Dividend | | | Sold | 12/31 | J | A | |
| 12. Alliance Premier Growth Fund Class B | A | Dividend | J | T | | | | | |
| 13. City of New York Deferred Compensation Plan | A | Dividend | K | T | | | | | |
| 14. Equivest Variable Annunity | A | Dividend | K | T | | | | | |
| 15. Trust #1 | | None | L | T | | | | | |
| 16. ABC Pension Plan | | None | J | T | | | | | |
| 17. Aim Global Trends Cl. B | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | | R =Cost (Real Estate Only) | | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 07/31/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aim Mid-Cap Core Equity Cl B | A | Dividend | K | T | | | | | |
| 19. Aim Constellation Fd. Cl B | A | Dividend | K | T | | | | | |
| 20. Oppenheimer Quest Balanced Value Fund Class A | B | Dividend | | | Sold | 12/29 | K | A | |
| 21. Davis New York Venture Class A | A | Dividend | K | T | | | | | |
| 22. Neuberger Berman Focus Fund | A | Dividend | L | T | Partial Sale | 11/28 | J | A | |
| 23. Blackrock Mid Cap Value Fund Class A | A | Dividend | L | T | Partial Sale | 7/26 | J | A | |
| 24. Growth Fund of America Class F | A | Dividend | M | T | | | | | |
| 25. Van Kampen Globel Franchise | A | Dividend | K | T | Partial Sale | 5/27 | K | A | |
| 26. Fidelity Advisor Dividend Growth | A | Dividend | J | T | | | | | |
| 27. Aim Basic Value Fund B | A | Dividend | J | T | | | | | |
| 28. Aim Int. Govt. Fund | A | Dividend | J | T | | | | | |
| 29. Aim Blue Chip Fd. Cl. B | A | Dividend | K | T | | | | | |
| 30. Aim Global Growth Fd Cl B | A | Dividend | J | T | | | | | |
| 31. Alliance Balanced Shares Cl B | A | Dividend | K | T | | | | | |
| 32. Alliance Bernstein NY Muni Tr | A | Dividend | L | T | | | | | |
| 33. Oppenheimer Quest Opportunity Value Cl A | A | Dividend | | | Sold | 12/29 | L | A | |
| 34. American Capital World Growth & Income | A | Dividend | K | T | Purchase | 4/4 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 07/31/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gabelli Asset Fund | A | Dividend | D | T | Purchase | 5/4 | J | | |
| 36. Ishares Tr Russell 1000 | A | Dividend | K | T | Purchase | 3/21 | K | | |
| 37. Ishares Midcap | A | Dividend | K | T | | | | | |
| 38. Ishares Tr MSCI | A | Dividend | K | T | Purchase | 4/27 | K | | |
| 39. Ishares Russell 2000 | A | Dividend | K | T | Purchase | 2/28 | K | | |
| 40. Mutual Series Shares Class A | A | Dividend | J | T | | | | | |
| 41. Standard & Poors Depository Receipt | A | Dividend | K | T | Purchase | 5/6 | J | | |
| 42. Rochester Limited Term (Oppenheimer NY Muni) | A | Dividend | J | T | | | | | |
| 43. Pimco Low Duration | A | Dividend | K | T | | | | | |
| 44. Pimco Total Return Cl. C | A | Dividend | K | T | Purchase | 8/18 | K | | |
| 45. | | | | | Partial Sale | 09/14 | J | A | |
| 46. Pimco All Asset All Auth | A | Dividend | J | T | Purchase | 12/22 | J | | |
| 47. Oppenheimer Global Fund | A | Dividend | K | T | | | | | |
| 48. Van Kampen Equity & Income | A | Dividend | K | T | Partial Sale | 9/19 | J | A | |
| 49. American Balance | A | Dividend | J | T | | | | | |
| 50. Franklin Mutual Series Cl C | A | Dividend | J | T | Purchase | 7/22 | J | | |
| 51. Oppenheimer Ltd. Term NY Muni | A | Dividend | K | T | Purchase | 12/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 07/31/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alliance Bernstein Lg Cap Growth B | A | Dividend | J | T | | | | | |
| 53. American Capital Inc. Bldr. A | A | Dividend | J | T | Purchase | 6/16 | J | | |
| 54. Aim Trimark | A | Dividend | J | T | Purchase | 10/13 | J | | |
| 55. Rochester Fd. Muni A | A | Dividend | J | T | Purchase | 11/22 | J | | |
| 56. Oppenheimer Global Cl. C | A | Dividend | J | T | Purchase | 6/20 | J | | |
| 57. American Growth Fd of America C | A | Dividend | J | T | Purchase | 5/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 07/31/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII, Page 1, Line 9:
Name changed from Alliance Technology A Fund to Alliance Global Technology A Fund.


VII, Page 1, Line 15:
Trust #1 is funded with an Equitable Life Insurance Company life insurance policy with a cash surrender value at 12/31/05 of $48,451.


VII, Page 1, Line 16:
ABC, Inc. Pension Plan. I am designated to receive monthly pension benefits under ███████ pension plan. Section III, Line 2 for income received. These payments will cease upon my death.


VII, Page 2, Line 23:
Name changed from State Street Mid Cap Value Fund Class A to Blackrock Mid Cap Value Fund Class A.


VII, Page 2, Line 34:
Name changed from Capital World Growth & Income to American Capital World Growth & Income.


VII, Page 3, Line 41:
Name changed from Standard & Poors to Standard & Poors Depository Receipt.

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 07/31/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ 8/7/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544